It is hereby ordered that the determination is unanimously confirmed without costs and the petition is granted. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE J. WALTER, Appellant. [953 NYS2d 535]—Appeal from an order of the Supreme Court, Oneida County (Barry M. Donalty, A.J.), entered August 8, 2011. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: On appeal from an order determining that he is a level three risk pursuant to the Sex Offender Registration Act ([SORA] Correction Law § 168 *et seq.*), defendant contends that Supreme Court erred in considering unreliable hearsay when making its SORA determination. "Because defendant's evidentiary objection[s] . . . [were] made on a different ground than the 'unreliable hearsay' ground he raises on appeal, his contention that the court erred in [considering the challenged] evidence is not preserved for our review" (*People v Law*, 94 AD3d 1561, 1562 [2012], *lv denied* 19 NY3d 809 [2012]; *see People v Wragg*, 41 AD3d 1273, 1273-1274 [2007], *lv denied* 9 NY3d 809 [2007]; *People v Smith*, 17 AD3d 1045, 1045 [2005], *lv denied* 5 NY3d 705 [2005]). Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.